IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TASCHA CIGAN,
o/b/o J.F.P.,
      Plaintiff,
  v.              Case No. 3:24-cv-00145
MARTIN O'MALLEY,
Commissioner of Social Security,
      Defendant.

---

TASCHA CIGAN,
o/b/o T.L.P.,
      Plaintiff,
  v.              Case No. 3:24-cv-00147
MARTIN O'MALLEY,
Commissioner of Social Security,
      Defendant.

---

TASCHA CIGAN,
o/b/o W.C.P.,
      Plaintiff,
  v.              Case No. 3:24-cv-00148
MARTIN O'MALLEY,
Commissioner of Social Security,
      Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner

according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will offer Plaintiff the opportunity for a hearing and issue a new decision. The ALJ will reevaluate and articulate whether the claimants' Indian Gaming Regulatory Act trust accounts, both as written at the time of the claimants' application and as amended in August 2023, were resources under the applicable provisions of the Program Operations Manual System (POMS) through the date of the new decision.

SO ORDERED this 29TH day of OCTOBER, 2024.

_____
Honorable James D. Peterson
United States District Court Judge